Douglas J. Pick, Esq.
Eric C. Zabicki, Esq.
**PICK & ZABICKI LLP**
Counsel to Douglas J. Pick, as Assignee
for the Benefit of Creditors of the Alleged Debtor
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re:                                                             Chapter 7 (Involuntary)
SCHIFF FINE ART, LLC,
                                                                   Case No. 24-10039 (DSJ)

                     Alleged Debtor.
--------------------------------------------------------x

## NOTICE OF APPEAL

    Douglas J. Pick, as Assignee (the "Assignee") for the Benefit of Creditors of Schiff Fine

Art, LLC, the alleged debtor in this involuntary Chapter 7 case, by and through his undersigned

counsel and pursuant to 11 U.S.C. §158(a), hereby appeals to the United States District Court for

the Southern District of New York from that certain *Decision and Order Granting Motion to*

*Intervene, Denying Motion to Dismiss, and Reserving Decision on Motion to Abstain*, dated and

entered in the above-captioned case on March 12, 2024 (ECF No. 26), a copy of which is

attached hereto as *Exhibit "A"* (the "Order"), but only to the extent that said Order denied the

Assignee's motion to dismiss (ECF No. 8).

    The names of all parties to the Orders appealed from and the names, addresses, and

telephone numbers of their respective attorneys are as follows:

| Party | Counsel |
|---|---|
| Douglas J. Pick, as Assignee for the Benefit of Creditors of the Alleged Debtor | **PICK & ZABICKI LLP**<br>369 Lexington Avenue, 12th Floor<br>New York, New York 10017<br>(212) 695-6000<br>Douglas J. Pick; Eric C. Zabicki |

| Party | Counsel |
|---|---|
| Schiff Fine Art, LLC | **ARTXLAW PLLC**<br>8 North Front Street<br>Kingston, New York 12401<br>(845) 338-3289<br>John R. Cahill, Esq. |
| Petitioning Creditors Candace Barasch, Adam Sheffer and Richard Grossman, and Lauren Schor | **MAZZOLA LINDSTROM LLP**<br>1350 Avenue of the Americas, 2nd Floor<br>New York, New York 10019<br>(646) 216-8300<br>Laura D. Castner, Esq.; Wendy J. Lindstrom, Esq. |
| Petitioning Creditors Candace Barasch, Adam Sheffer and Richard Grossman, and Lauren Schor | **A.Y. STRAUSS, LLC**<br>290 West Mount Pleasant Avenue, Suite 3260<br>Livingston, New Jersey 10019<br>(973) 287-3561<br>Eric H. Horn, Esq.; Maria A.G. Harper, Esq. |
| Lisa Schiff | **WILK AUSLANDER LLP**<br>825 8th Avenue, Suite 2900<br>New York, New York 10019<br>(212) 981-2300<br>Eric J. Snyder, Esq. |
| Deborah J. Piazza, Chapter 7 Trustee | **TARTER KRINSKY & DROGIN LLP**<br>1350 Broadway, 11th Floor<br>New York, New York 10018<br>(212) 216-8000<br>Scott S. Markowitz, Esq.; Michael Brownstein, Esq. |

In the event that the appeal from the Order is deemed an interlocutory appeal, the Assignee requests that this notice be deemed a motion for leave to file an interlocutory appeal pursuant to Fed. R. Bankr. P. 8004(d).

Dated: New York, New York
        March 21, 2024

                                           **PICK & ZABICKI LLP**
                                           Counsel to Douglas J. Pick, as Assignee
                                           for the Benefit of Creditors of the Alleged
                                           Debtor

By: _____
                                           Douglas J. Pick, Esq.
                                           369 Lexington Avenue, 12th Floor
                                           New York, New York 10017
                                           (212) 695-6000